1 | Todd Slobin (admitted *Pro Hac Vice*)
  | tslobin@eeoc.net
2 | Ricardo J. Prieto (admitted *Pro Hac Vice*)
  | rprieto@eeoc.net
3 | SHELLIST | LAZARZ | SLOBIN LLP
  | 11 Greenway Plaza, Suite 1515
4 | Houston, Texas 77046
  | Telephone: (713) 621-2277
5 | Facsimile: (713) 621-0993

6 | Melinda Arbuckle (Cal. Bar No. 302723)
  | marbuckle@eeoc.net
7 | SHELLIST | LAZARZ | SLOBIN LLP
  | 402 West Broadway, Suite 400
8 | San Diego, California 92101
  | Telephone: (713) 621-2277
9 | Facsimile: (713) 621-0993

10 | (additional counsel on signature block)

11 | *Counsel for Plaintiffs and Proposed Class and Collective Action Members*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE COUNTY**

| Reginald Moore, Eduardo Guerra, and Alisa Jones, on behalf of themselves and all others similarly situated, | Case No.: 5:19-cv-02124-JGB-SP |
|---|---|
| Plaintiffs, | **JOINT STIPULATION TO STAY** |
| v. | Judge: Hon. Jesus G. Bernal |
| Universal Protection Service, LP d/b/a Allied Universal Security Services | Date: n/a |
| | Time: n/a |
| Defendant. | Courtroom: 1 |

Pursuant to Local Rules 7-1 and 52-4.1, Plaintiffs Reginald Moore, Eduardo Guerra, and Alisa Jones, on behalf of themselves and all others similarly situated, ("Plaintiffs") and Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services ("Defendant" or "Allied"), by and through counsel, (Plaintiffs and Defendant shall be referred to herein as "the Parties") hereby stipulate and agree as follows:

## RECITALS

**WHEREAS,** on April 21, 2021, the Parties entered into a binding Memorandum of Understanding regarding the settlement in this case following mediation with mediator Charles Stohler;

**WHEREAS**, the Parties are finalizing the long-form settlement agreement in this case;

**WHEREAS,** the Parties anticipate presenting the long-form settlement agreement to the arbitrator pursuant to this Court's order compelling the lead Plaintiffs to arbitration, and then present the arbitrator's award to the Court for confirmation; and

**WHEREAS,** the Parties wish to stay proceedings in this case pending the arbitrator's award and the Court's confirmation of same.

## STIPULATION

NOW, THEREFORE, the Parties, by and through counsel hereby STIPULATE AND AGREE THAT the Court should stay this case pending approval of the long-form settlement agreement by the arbitrator.

**IT IS SO STIPULATED.**

Dated: June 23, 2021            Respectfully submitted,

By:   s/Melinda Arbuckle
       Melinda Arbuckle

**SHELLIST | LAZARZ | SLOBIN LLP**
Melinda Arbuckle (SBN 302723)
marbuckle@eeoc.net
402 West Broadway, Suite 400
San Diego, California 92101
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

*Counsel for Plaintiffs and Proposed Class and Collective Action Members*

Respectfully submitted,

By:   s/ Jeremy Naftel
         Jeremy Naftel

**MARTENSON, HASBROUCK & SIMON LLP**
Jeremy Naftel (SBN 185215)
jnaftel@martensonlaw.com
5800 Armada Drive, Suite 101
Carlsbad, California 92008
Telephone: (916) 970-1430
Facsimile (916) 538-6524

*Counsel for Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services*

**Attestation Pursuant to Local Rule 5-4.3.4**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(ii), the undersigned hereby attests that all signatories on whose behalf this filing is submitted concur in the content of this filing and have authorized the filing.

s/Melinda Arbuckle
Melinda Arbuckle

- 2 -   Case No. 5:19-cv-02124-JGB-SP
Stipulation to Stay